**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 SEP 15 AM 9:58

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR3009 |
| Plaintiff, | ) | |
| | ) | ORDER FOR |
| vs. | ) | TEMPORARY TRANSFER |
| | ) | OF CUSTODY |
| GENARO FAVELA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Motion Seeking Temporary Transfer of Custody (Filing # ____) be approved as requested.

IT IS FURTHER ORDERED that said Motion and this Order are sealed.

DATED this 15th day of September, 2005.

Richard Kopf,
United States District Judge

Copy to USA
certified copy to USA & USM