IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:00CR3009 |
| v. | ) | |
| | ) | |
| GENARO FAVALA RAMIREZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   Carlos A. Monzon has entered his appearance as counsel for the defendant.  Filing 12.

   IT THEREFORE HEREBY IS ORDERED,

   The motion of Horacio J. Wheelock and the Peck Law Firm to withdraw as attorney of record for the defendant, filing 13, is granted.

   DATED this 4th day of October, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge