IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>GENARO FAVALA RAMIREZ,        )<br>                              )<br>           Defendant.         )<br>                              ) | 4:00CR3009<br><br>ORDER |

IT IS ORDERED:

Pretrial Services shall investigate defendant's background and the facts alleged in the defendant's motion for release, and also the suitability of the proposed third party custodian and the suitability of the third party custodian's residence for housing the defendant and for electronic monitoring.  Upon completion of investigation, the pretrial services officer shall report to the court and counsel.

DATED this 7th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge