IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|       Plaintiff, | ) | 4:00CR3009 |
| v. | ) | |
| GENARO FAVALA RAMIREZ, | ) | ORDER |
|       Defendant. | ) | |

The Clerk's Office has requested that Document Number 22 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 22 from the record. The party is directed to re-file the document.

DATED this 26th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge