```
                                                                   FILED
                                                            U.S. DISTRICT COURT
            IN THE UNITED STATES DISTRICT COURT             DISTRICT OF NEBRASKA
              FOR THE DISTRICT OF NEBRASKA
                                                            2005 NOV -3  AM 9: 19

                                                            OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3009 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GENARO FAVELA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Government's Motion for Conflict of Interest Inquiry and Motion to Seal Filings (Filing No. _____ ),.

IT IS ORDERED that the Motion to Seal Filings is granted, and that the Government's Motion for Conflict of Interest Inquiry and Motion to Seal Filings should be filed under seal.

Dated this 3rd day of November, 2005.

BY THE COURT:

_____
DAVID L. PIESTER
U.S. MAGISTRATE JUDGE