IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR3009 |
| v. | ) | |
| GENARO FAVALA RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

The government has filed a motion for conflict of interest inquiry, filing 30. Counsel for the defendant has not responded to this motion. I conclude the conflict of interest issue must be heard.

IT THEREFORE HEREBY IS ORDERED:

1. A hearing on the government's motion for conflict of interest inquiry, filing 30, will be held at 12:00 noon on November 28, 2005 before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The defendant, his counsel, and counsel for the government shall attend this hearing.

3. The United States Marshal is directed to transport the defendant to the hearing.

DATED this 18th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge