```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| GENARO FAVALA RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government has advised the chambers of the undersigned that it is moving to dismiss this case. Accordingly,

IT IS ORDERED:

The hearing on the government's motion for conflict of interest inquiry, filing 30, previously scheduled for 12:00 noon on November 28, 2005, is cancelled.

DATED this 23rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge