IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       4:00CR3009
                                )
       v.                       )
                                )
GENARO FAVALA RAMIREZ,          )       ORDER
a/k/a Genaro Ramirez,           )
a/k/a Genaro Fabala Ramirez,    )
a/k/a Gerardo Favala Ramirez,   )
                                )
            Defendant.          )
_____)
```

      This matter is before the Court on plaintiff's motion to dismiss (Filing No. 44) the superseding indictment (Filing No. 10).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion to dismiss the superseding indictment is granted.  This action is dismissed without prejudice.

      DATED this 29th day of November, 2005.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
        LYLE E. STROM, Senior Judge
        United States District Court